**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00043-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LEROY WALTER BAKER,

    Plaintiff,

v.

RICK RAEMISCH, Director, Dept. of Corr.,
JAMES FAULK, Warden, Sterling Corr. Facility,
THE MEDICAL & FINANCIAL SERVICES OF S.C.F., and
ALL UNIDENTIFIED PERSONAL RESPONSIBLE FOR WITHHOLDING PERSONAL
    PROPERTY WITHOUT JUST COMPENSATION,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff Leroy Walter Baker is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling Correctional Facility.  Plaintiff has submitted a Prisoner Complaint pursuant to 42 U.S.C. § 1983 and other various federal statutes.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   X   is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing a certified account statement showing the current balance in Plaintiff's prison account is not certified
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the Court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   X   is missing a signed authorization to allow agency to disburse funds from inmate account
(10)   X   other: **In the alternative Plaintiff may prepay the $400 filing fee.**

**Complaint, Petition or Application**:
(11)   ___   is not submitted
(12)   ___   is not on proper form (must use the Court's current form used in filing 28 U.S.C. § 2254 actions)
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   names in caption do not match names in text
(17)   ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 8, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge