IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00043-GPG

LEROY WALTER BAKER, #82907, aka LEROY W. BAKER,

Plaintiff,

v.

RICK RAEMISCH, Director Dept. of Corrections, and
JAMES FAULK, Warden Sterling Correctional Facility,

Defendants.

_____

ORDER OF DISMISSAL

_____

Plaintiff Leroy Walter Baker is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the Sterling Correctional Facility in Sterling,

Colorado.  Plaintiff initiated this action by filing *pro se* a Prisoner Complaint pursuant to

42 U.S.C. §§ 1981-1986 and 42 U.S.C. § 12101 (ADA).  Subsequently, Plaintiff

submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915, which was granted.

On March 9, 2015, the Court entered an order that dismissed as legally frivolous

Plaintiff's Fifth and Eighth Amendment claims and also his ADA claims.  The Court also

dismissed Defendant Medical and Financial Services at Sterling Correctional Facility as

an improperly named party to the action.  The Court further found that Plaintiff failed to

assert personal participation by Defendants Rick Raemisch and James Faulk.  Plaintiff,

therefore, was directed to amend the Complaint and state specifically what Defendants

Raemisch and Faulk did to him that violated his constitutional rights.  Magistrate Judge

Gallagher warned Plaintiff that if he failed to comply with the Order to Amend within the

time allowed the Court would dismiss the action without further notice.

Plaintiff now has failed to comply with the December 22, 2014 Order within the time allowed.  The Court finds Magistrate Judge Gallagher correctly required Plaintiff to amend the Complaint and state personal participation by remaining defendants.  The Court, therefore, will dismiss the action for failure to comply with a Court order and to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma paupers* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pampers* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an Amended Complaint and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pampers* on appeal is denied.

DATED at Denver, Colorado, this __15th__ day of ___April_____, 2015.

BY THE COURT:

___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2