IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00043-LTB

LEROY WALTER BAKER, #82907, aka LEROY W. BAKER,

    Plaintiff,

v.

RICK RAEMISCH, Director Dept. of Corrections, and
JAMES FAULK, Warden Sterling Correctional Facility,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 15, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of April, 2015.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/A. Lowe
                                    Deputy Clerk